*Henry H. Shepard* for appellant.

*Joseph Haskell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING TRUST COMPANY, Respondent, *v.* WILLIAM W. MILLS et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Argued November 26, 1945; decided January 17, 1946.

*Ignatius M. Wilkinson, Corporation Counsel (Richard L. Baltimore, Jr.,* and *Leo Brown* of counsel), for appellants.
*William A. Onderdonk* and *Stephen G. Kent* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

MARGARET EMMONS, as Limited Administratrix of the Estate of STEPHEN EMMONS, Deceased, Respondent, *v.* ISIDORE HIRSCH-BERGER et al., Copartners under the Name of MARKET TRUCK-ING COMPANY, Defendants.
DAVID HIRSCHBERGER, Individually, et al., Appellants.

Argued November 28, 1945; decided January 17, 1946.

